## KINGFISHER COUNTY v. DOWNING.

No. 4108.     Opinion Filed March 31, 1914.

(139 Pac. 1153.)

*Error from District Court, Kingfisher County;*
*James W. Steen, Judge.*

Action by Kingfisher County, State of Oklahoma, against Dennis Downing. Judgment for defendant, and plaintiff brings error. Dismissed.

*F. P. Whistler,* Co. Atty., *R. F. Shutler,* and *W. B. Blair,* for plaintiff in error.

· *P. S. Nagle* and *Gray & McVay,* for defendant in error.

PER CURIAM. This case involves the same state of facts with reference to the right to appeal as the case of *Kingfisher County v. Graham, ante,* 139 Pac. 1149, and, for the reasons stated in that opinion, this appeal is dismissed.